JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 13-03292-RGK (JCGx)** | Date | November 26, 2013 |
|---|---|---|---|
| Title | *Rick Lomas v. Chipotle Mexican Grill, Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re: Plaintiff's Motion to Amend Complaint (DE 27)

Plaintiff seeks leave to amend his Complaint to (1) add a new party based upon Defendants' initial disclosures; and (2) delete his federal Americans with Disabilities Act claims against Defendants. Defendants do not oppose these proposed amendments. As such, the Court hereby **grants** Plaintiff's motion, and deems Plaintiff's Proposed First Amended Complaint filed (attached as Ex. 1 to Pl.'s Mot.). Additionally, the Court, in its discretion, will not exercise supplemental jurisdiction over this matter. Therefore, the Court, sua sponte, **remands** this action in its entirety to state court for all further proceedings.

**IT IS SO ORDERED.**

:

Initials of Preparer